### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LOL Finance Co., | ) |
|    Plaintiff, | ) |
| v. | ) Case No. 2:25-cv-02508-JAR-BGS |
| Andrew Pucket and Pucket Farms, LLC, | ) |
|    Defendants. | ) |

### **DEFAULT JUDGMENT ORDER AND JUDGMENT**

NOW on this 6th day of January, 2026, this cause comes before the Court on the motion for default judgment ("Motion for Default Judgment") filed by Plaintiff LOL Finance Co. ("LOLFC") against Defendants Andrew Pucket and Pucket Farms, LLC (collectively, "Defendants"), as to the causes of actions asserted in LOLFC's Complaint ("LOLFC's Complaint"). LOLFC appears by and through their attorneys of record, Spencer Fane LLP.  Defendants have not appeared, and there are no other appearances.

The Court examines the pleadings and files in the above-entitled cause and finds that LOLFC served Defendants, and that the method of service is approved by the Court. Defendants have failed to answer or otherwise respond to LOLFC's Complaint and, therefore, Defendants are in default.

WHEREFORE, the Court, being fully advised in the premises, does HEREBY ORDER, ADJUDGE AND DECREE as follows:

1. LOLFC properly served Defendants with a summons and complaint, respectively, in this action, and such service is hereby approved.

2. The Court has subject matter and personal jurisdiction over LOLFC, Defendants, and this action, and venue in this Court is proper.

3. Defendants have failed to properly respond to LOLFC's Complaint filed on August 29, 2025.

4. Defendants are now in default.

5. All of the allegations and averments in LOLFC's Complaint, and asserted against Defendants, are accepted as true and correct.

6. The Court accepts the sworn and uncontroverted factual averments in the affidavits submitted in support of the Motion for Default Judgment as true and correct.

7. Based on the averments in LOLFC's Complaint and affidavits supporting the Motion for Default, the Court makes the findings below.

8. In January 2024, Defendants Andrew Pucket and Pucket Farms, LLC (collectively, "Defendants") requested a loan in the principal amount of $200,000.00 to purchase crop inputs for their farm ("2024 Inputs Loan"), and a loan in the amount of $50,000.00 to purchase fertilizer ("2024 Fertilizer Loan"). The 2024 Inputs Loan was requested through an Application/Master Note/Security Agreement that Defendants signed on January 23, 2024 (the "Loan Agreement").

9. On or about January 23, 2024, LOLFC, as a lender under the Loan Agreement, issued Loan Commitments to Defendants for the 2024 Inputs Loan and the 2024 Fertilizer Loan, respectively.

10. Under the Loan Agreement and Loan Commitment for the 2024 Inputs Loan, Defendants promised to pay LOLFC the principal sum of $200,000.00, plus interest at the rate of 6.99% per year, on or before the Maturity Date of February 1, 2025. Defendants further agreed that after February 1, 2025, or upon default, the interest rate for the Inputs Loan would be changed to the prime rate as reported by the Wall Street Journal on the first day of each month plus 1% for the remaining term of the loan.

11. Under the Loan Agreement and Loan Commitment for the 2024 Fertilizer Loan, Defendants promised to pay LOLFC the principal sum of $50,000.00, plus interest at the rate of 10.50% per year, with an interest rate adjustment that added a margin of 2.0000% to the prime rate as reported by the Wall Street Journal, on or before the Maturity Date of February 1, 2025. Defendants further agreed that after February 1, 2025, or upon default, the interest rate for the Inputs Loan would be changed to the prime rate as reported by the Wall Street Journal on the first day of each month plus 2% for the remaining term of the loan.

12. Defendants defaulted on their obligations under the Loan Agreement and 2024 Loan Commitments by failing to pay the principal and interest due under the 2024 Inputs Loan and the 2024 Fertilizer Loan on or before the February 1, 2025, Maturity Date.

13. Moreover, in October 2024, LOLFC agreed to provide Defendants with a loan in the principal amount of $125,000.00 to purchase crop inputs for their farm ("2025 Inputs Loan"), and a loan in the amount of $125,000.00 to purchase fertilizer ("2025 Fertilizer Loan").

14. Specifically, on or about October 24, 2024, LOLFC issued Loan Commitments to Defendants for the 2025 Inputs Loan and the 2025 Fertilizer Loan, respectively.

15. Under the Loan Agreement and Loan Commitment for the 2025 Inputs Loan, Defendants promised to pay LOLFC the principal sum of $125,000.00, plus interest at the rate of 5.25% per year, on or before the Maturity Date of February 1, 2026. Defendants further agreed that after February 1, 2026, or upon default, the interest rate for the Inputs Loan would be changed to the prime rate as reported by the Wall Street Journal on the first day of each month plus 1% for the remaining term of the loan.

16. Under the Loan Agreement and Loan Commitment for the 2025 Fertilizer Loan, Defendants promised to pay LOLFC the principal sum of $125,000.00, interest free, on or before the Maturity Date of February 1, 2026. Defendants further agreed that after February 1, 2026, or upon default, the interest rate for the Inputs Loan would be changed to the prime rate as reported by the Wall Street Journal on the first day of each month plus 1.50% for the remaining term of the loan.

17. Defendants defaulted on their obligations under the Loan Agreement and 2025 Loan Commitments by failing to pay the principal and interest due under the 2025 Inputs Loan and the 2025 Fertilizer Loan on or before the February 1, 2026, Maturity Date.

18. LOLFC has satisfied all conditions necessary for the enforcement of the Loan Agreement, the 2024 Loan Commitments, and the 2025 Loan Commitments.

19. LOLFC sent monthly account statements to Defendants itemizing the principal and interest due under the 2024 Loans and 2025 Loans. The last regular, monthly account statement was sent to Defendants on or about June 30, 2025.

20. The following amounts were due to LOLFC under the 2024 Loans and 2025 Loans as of June 30, 2025:

| Loan | Principal | Interest | Total |
|---|---|---|---|
| 2024 Inputs | $129,460.66 | $ 13,025.21 | $142,485.87 |
| 2024 Fertilizer | $ 87,457.51 | $ 14,223.42 | $101,680.93 |
| 2025 Inputs | $ 13,802.50 | $    445.61 | $ 14,248.11 |
| 2025 Fertilizer | $ 25,958.18 | $    960.12 | $ 26,918.30 |
| **Total:** | **$256,678.85** | **$ 28,654.36** | **$285,333.21** |

21. Based upon the amounts due and owing to LOLFC as of June 30, 2025, and the additional interest set forth on the spreadsheets provided by LOLFC's sworn affidavit, the following amounts were due under the 2024 Loans and 2025 Loans as of December 17, 2025:

| Loan | 60/30/25 Balance | Additional Interest to to 12/17/25 | Total |
|---|---|---|---|
| 2024 Inputs | $142,485.87 | $ 4,994.88 | $147,480.75 |
| 2024 Fertilizer | $101,680.93 | $ 3,781.64 | $105,462.57 |
| 2025 Inputs | $ 14,248.11 | $    532.53 | $ 14,780.64 |
| 2025 Fertilizer | $ 26,918.30 | $ 1,061.97 | $ 27,980.27 |
| Total | **$285,333.21** | **$10,371.02** | **$295,704.23** |

5

22. Interest has accrued on the 2024 Loans and 2025 Loans since December 17, 2025, and will continue to accrue through the date of entry of judgment, at the following daily rates:

| Loan | Daily Interest |
|---|---|
| 2024 Inputs | $ 27.49 |
| 2024 Fertilizer | $ 20.97 |
| 2025 Inputs | $ 2.93 |
| 2025 Fertilizer | $ 5.87 |
| Total | $ 57.26 |

23. By virtue of the Loan Agreement, the Loan Commitments, and Inputs Loans and Fertilizer Loans, as described in LOLFC's Complaint and Affidavit, which are incorporated herein by reference, there is due and owing to LOLFC the following damages related to principal and interest amounts:

    a. Principal in the amount of **$256,678.85**;

    b. Interest in the amount of **$39,941.54** as of January 2, 2026; and

    c. Post-judgment interest of 9.50% applied to the principal amount only from and after the date of this Judgment, until paid.

24. LOLFC is also entitled to attorneys' fees and costs totaling **$10,975.00**, pursuant to the loan agreements, and because of Defendants' breach of the Loan Agreement and Loan Commitment for the Crop Inputs in Count I of LOLFC's Complaint.

25. LOLFC also properly perfected its security interest in the Collateral by filing a financing statement with the Kansas Secretary of State on March 17, 2025, as File No. 121270995.

26. To protect LOLFC's right in the Collateral, if the Judgment, with interest thereon, and together with the attorneys' fees and costs described above, is not paid within fourteen (14) days from the date of the entry of this Judgment, then an Order of Special Execution shall issue out of this Court upon the praecipe of LOLFC filed therefor and directed to the Sheriff of Meade County, Kansas, commanding him to take possession of the Collateral, and to deliver such Collateral to LOLFC for sale by public or private proceedings, by one or more contracts, as a unit or in parcels, pursuant to K.S.A. § 84-9-610.

27. Collateral means the following assets owned by Defendants or acquired by Defendants in the future: all farm products and proceeds thereof, all additions or accessions thereto and all substitutions and replacements thereof; all crops growing, grown or to be grown; all harvested crops; all livestock; all warehouse receipts or other documents (negotiable or non-negotiable) issued for storage of such crops; all seed, fertilizer, chemicals and petroleum, and any other crop input products; all contract rights, chattel paper, documents, instruments, accounts, accounts receivable, general intangibles and cash and non-cash proceeds from the sale, exchange, collection or disposition of any of the foregoing assets; all entitlements and payments, whether in cash or in kind, arising under any governmental, whether federal or state, agricultural subsidy, deficiency, diversion,

conservation, disaster or any similar or other programs; and all farm and business machinery, equipment and tools.

28.    The proceeds of sale of the Collateral shall be applied first toward the satisfaction of LOLFC's judgment and costs, with any such remainder provided by LOLFC to Defendants through certified funds within fourteen (14) days of the completion of LOLFC's attempts to sell the Collateral, including the return of such Collateral to Defendants for any unsold Collateral beyond the satisfaction of this Judgment.

NOW THEREFORE, this Court finds that Andrew Pucket and Pucket Farms, LLC are in default, Plaintiff LOL Finance Co.'s claims are true and correct, and Plaintiff LOL Finance Co. is entitled to judgment, which is hereby rendered as follows:

In Plaintiff's favor and against Defendants for:

    i.    The principal and interest of the loan agreements in the amount of **$296,620.39** through January 2, 2026;

    ii.    Interest accruing at a daily rate of **$27.49** each day for the 2024 Inputs Loan;

    iii.    Interest accruing at a daily rate of **$20.97** each day for the 2024 Fertilizer Loan;

    iv.    Interest accruing at a daily rate of **$2.93** each day for the 2025 Inputs Loan;

    v.    Interest accruing at a daily rate of **$5.87** each day for the 2025 Fertilizer Loan;

    vi.    The post-judgment interest of 9.50% applied to the principal amount only from and after the date of this Judgment, until paid;

    vii.    Plaintiff's attorneys' fees and costs in the amount of **$10,975.00**; and

       viii.    Plaintiff's entitlement to all appropriate proceeds of the sale of Defendants' Collateral to satisfy this Judgment from the date of this Judgment, until LOLFC's sale completes, in a manner addressed in this Judgment.

The Court finds that there is no just reason for delay in entering judgment against Defendants.

**IT IS SO ORDERED.**

                                                    **s/ Julie A. Robinson**
                                                   UNITED STATES DISTRICT JUDGE

**SUBMITTED AND APPROVED BY:**

s/ Olawale O. Akinmoladun
Joshua C. Dickinson, KS #20632
SPENCER FANE LLP
13815 FNB Parkway, Suite 200
Omaha, NE 68154
Telephone: (402) 965-8600
Fax: (402) 965-8601
E-mail: jdickinson@spencerfane.com

Olawale O. Akinmoladun, KS #25151
SPENCER FANE LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106
Telephone: (816) 474-8100
Fax: (816) 474-3216
Email: wakinmoladun@spencerfane.com
**Attorneys for Plaintiff**